BERKELEY, Appellant, v. FRIEDMAN, Respondent. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Lancelot M. Berkeley against David R. Friedman. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1099.

BERKELEY, Appellant, v. FRIEDMAN, Respondent. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by L. M. Berkeley against D. R. Friedman. No opinion. Motion denied, with $10 costs. See, also, 152 N. Y. Supp. 1099.

BERKOWITZ, Appellant, v. BRUDER et al., Respondents. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Morris Berkowitz against Abe Bruder and others. L. B. Cohen, of New York City, for appellant. J. Wilkenfeld, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BESSLER, Appellant, v. VENNER, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by George F. Bessler against Clarance H. Venner. E. Weaver, of Rome, for appellant. J. A. Hodge, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BEVES v. POST. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Arthur S. Beves against Mary E. Post. No opinion. Motion granted, without costs. Order filed. See, also, 156 App. Div. 928, 141 N. Y. Supp. 1109; 152 N. Y. Supp. 1099.

BEVES v. POST. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Arthur S. Beves against Mary E. Post, as executrix, etc. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1099.

BIDWELL, Respondent, v. VILLAGE OF EAST ROCHESTER, Appellant. (Supreme Court, Appellate Division. Fourth Department. March 17, 1915.) Action by Joseph W. Bidwell against the Village of East Rochester. No opinion. Judgment and order affirmed, with costs.

BINNS, Appellant, v. GREATER NEW YORK FILM RENTAL CO., Respondent. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by John R. Binns against the Greater New York Film Rental Company. A. F. Hansl, of New York City, for appellant. S. E. Rogers, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BITOLIO v. BRADLEY CONTRACTING CO. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Ernesto Bitolio against the Bradley Contracting Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 307.

BOCKHAUS, Appellant, v. INTERBORO RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by George Bockhaus against the Interboro Rapid Transit Company. W. M. Geer, Jr., of New York City, for appellant. B. H. Ames, of New York City, for respondent.

PER CURIAM. Order affirmed, with costs.

INGRAHAM, P. J., dissents, on the ground that the application of the maxim res ipsa loquitur, and the evidence of an uncommon jerk, which was the immediate cause of the accident, presented a question for the jury as to the negligence of the defendant. Order filed.

BOEDICKER v. SACKETT & WILHELMS CO. (No. 7104.) (Supreme Court, Appellate Division, First Department. April 1, 1915.) Appeal from Special Term, New York County. Action by Herman C. Boedicker against the Sackett & Wilhelms Company. From an order granting leave to serve a supplementary answer, plaintiff appeals. Modified and affirmed. W. E. Weaver, of Whitestone, for appellant. Joseph J. Corn, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, by imposing as a condition of permitting the defendant to serve a supplementary answer that he pay a trial fee of $30 and $10 costs of opposing motion, and, as so modified, affirmed, with $10 costs and disbursements to the appellant.

BOOTH, Respondent, v. GRUBB & KOSEGARTEN BROS., Appellants. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by William Booth against Grubb & Kosegarten Bros. A. Merchant, Jr., of New York City, for appellants. W. C. Low, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BOWEN, Respondent, v. FENNO, Appellant. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Charles L. Bowen against Edward K. Fenno. G. D. Zahm, of New York City, for appellant. A. Foulds, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 151 N. Y. Supp. 1105.

BOYD, Appellant, v. BUFFALO STEAM ROLLER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Donald D. Boyd against